FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TX
February 26, 2015
KEITH E. HOTTLE
CLERK OF THE COURT

04-15-102-CV

15-102-CV
JBR

# Notice of Appeal

Cathy Giddings

___ Whisper Way

Boerne, Texas, 78006

Cathy.giddings@yahoo.com

830-357-0820

RE: Cause No. 2012-CI-06825; Cathy Giddings V. Ralph Curtis, M.D.; In the 73rd Judicial District Court of Bexar County, Texas

Dear Honorable John D. Gabriel Jr.,

On the 20th Day of January 2015 you made a judgment/order/decree on this Case. I'm filing for an petition of Apeal. There was no notice sent to me to let me know that a court hearing was set to be held on this date. I'm asking that you overturn this for a new hearing to be held in your Court. Since, I was not notified I was not able to be at the hearing. They knew I had witnesses regarding this case.

I'm asking that you re-schedule the Court hearing so that I may plead my case in this matter.

His lawyer had my address, phone number and never notified me of the hearing. His lawyer's information is as follows; Matthew M. Edwards, Union Square, 10101 Reunion Place, Suite 900, San Antonio, Texas, 78216. Phone number (210) 340-6555, Fax # (210) 340-6664. He is employed at Evans, Rowe & Holbrook, attorneys at law.

Thank you so much for your time in this important matter.

Sincerely,
Cathy Giddings

**Donna Kay McKinney**

Bexar County District Clerk

101 W. Nueva Suite 217

San Antonio, TX 78205

Return Service Requested

2012-CI-06825   1/22/2015

CATHY GIDDINGS

VS

RALPH CURTIS MD
IN THE 73RD DISTRICT COURT
OF BEXAR COUNTY, TEXAS, A
JUDGMENT/ORDER/DECREE WAS
SIGNED BY THE HONORABLE
JOHN D. GABRIEL, JR.
PRESIDING ON THE 20TH DAY OF
JANUARY A.D., 2015.
A COPY OF THIS DOCUMENT IS
AVAILABLE AT THE ABOVE ADDRESS

* RULE 306A *
* OFFICIAL NOTICE *

CATHY GIDDINGS
107 WHISPER WAY
BOERNE TX 78006



2012CI06825 -0073

NO. 2012-CI-06825

| CATHY GIDDINGS | § | IN THE DISTRICT COURT |
|---|---|---|
| *Plaintiff* | § | |
| | § | |
| vs. | § | 73rd JUDICIAL DISTRICT |
| | § | |
| | § | |
| RALPH CURTIS, M.D. | § | |
| *Defendant* | § | BEXAR COUNTY, TEXAS |

## FINAL SUMMARY JUDGMENT

CAME ON TO BE HEARD Defendant, RALPH CURTIS, M.D.'s No-evidence Motion for Summary Judgment. Plaintiff, CATHY GIDDINGS appeared pro se and Defendant appeared by and through counsel. The Court, having reviewed the motion and having considered the arguments presented to the Court, hereby GRANTS the motion.

IT IS ORDERED Plaintiff, CATHY GIDDINGS take nothing by way of her claims and causes of action against Defendant, RALPH CURTIS, M.D. IT IS FURTHER ORDERED that all costs of court be taxed against Plaintiff.

All relief requested in this case and not expressly granted is denied. This judgment finally disposes of all parties and claims and is appealable.

SIGNED and ENTERED this **20** day of January, 2015.

_____
HON. JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

Cathy Giddings
107 Whisper Way
Boerne, Texas 78006
Telephone:   (830) 357-0820
Telephone:   (210) 209-7296


BY: _____
    CATHY GIDDINGS
    PLAINTIFF PRO SE


EVANS, ROWE & HOLBROOK, P.C.
10101 Reunion Place, Suite 900
San Antonio, Texas 78216
Telephone:   (210) 340-6555
Telecopier:   (210) 340-6664

BY: _____
    BRETT B. ROWE
    State Bar No. 17331750
    MATTHEW M. EDWARDS
    State Bar No. 24032034
    ATTORNEYS FOR DEFENDANT